1

2                                                    The Honorable Richard Jones

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
8                              **AT SEATTLE**

9  DUSTIN T. THEOHARIS, an                    NO.  13-1345RAJ
   individual,
10                                            STIPULATION AND ORDER OF
              Plaintiff,                      DISMISSAL AS TO DEFENDANT
11                                            KRISTOPHER RONGEN
          v.
12
   KRISTOPHER RONGEN, an
13 individual,

14            Defendant.

15        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Dustin

16 Theoharis, acting by and through Erik J. Heipt and Edwin S. Budge, and the Defendant

17 Kristopher Rongen, acting by and through Robert W. Ferguson, Attorney General, and Tad

18 Robinson O'Neill and Paul J. Treisch, Assistant Attorneys General, that the above-entitled

19 action as to Defendant Kristopher Rongen may be dismissed with prejudice and without costs

20 or fees, and that the Order below dismissing these claims may be entered.

21        DATED this 20th day of February, 2015.

22 ROBERT W. FERGUSON                         BUDGE & HEIPT, PLLC
   Attorney General
23

24     _/s/_____           _/s/_____
   TAD ROBINSON O'NEILL, WSBA #37153      ERIK J. HEIPT, WSBA #28113
25 PAUL J. TRIESCH, WSBA #17445           EDWIN S. BUDGE, WSBA #24182
   Assistant Attorneys General            Attorneys for Plaintiff
26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendant Kristopher Rongen shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 20th day of February, 2015.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL AS TO DEFENDANT
KIRSTOPHER RONGEN

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352